IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17 C 5938 |
| | ) | Honorable Judge Andrea R. Wood |
| BRYAN GLECKLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT INITIAL STATUS REPORT

After initial attempts on July 19, 2018 and on July 31, 2018 to have a 26(f) planning conference pursuant to the Court's standing orders, the parties were able to discuss this case via telephone on August 7, 2018. As a result of that conference, the parties submit the following joint status report:

1. **Nature of the case**

   A. <u>Attorney for IDOC Defendants</u> John Baldwin, Karen Rabideau, Tarry Williams and Sarah Johnson:
   Stephanie A. Kevil (Lead trial counsel),
   Office of the Attorney General
   100 W. Randolph St.
   Chicago, Il 60601
   (312) 814-6534

   <u>Plaintiff is Pro Se</u>

   B. All parties have been served.

   C. <u>Basis for federal jurisdiction:</u> This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §1331.

   D. Plaintiff Robert Morris alleges that Defendants violated his Eighth and Fourteenth Amendment rights in their deliberate indifference to the adverse living conditions he suffered. Plaintiff seeks a total of $75,000.00 in compensatory and punitive damages.

    E.  The major legal issues are as follows:

          i.  Whether Defendant's actions and inactions as alleged in the Complaint give rise to a constitutional violation under 42 U.S.C. §1983.

          ii.  Whether plaintiff exhausted his administrative remedies prior to filing the complaint.

**2. Mandatory Initial Pilot Project Does Not apply to this Case.**

**3. Case Plan**

    A.  There are no pending motions

    B.  Defendants Baldwin, Rabideau, and Williams have already filed Answers to the Complaint. [ECF #27]. Defendant Johnson expects to file an Answer by August 10, 2018 as ordered by the court. While, a waiver of service was filed for Defendant Gleckler, the undersigned counsel has not been notified that Defendant Gleckler has requested representation from the Office of the Attorney General at this time.

    C.  Discovery Plan

          i.  Written and oral discovery will be needed. Plaintiff requests 45 days to issue written discovery as he would like to review all of the Defendants' Answers to his Complaint prior to doing so. Defendant intends to send discovery to Plaintiff on the issue of exhaustion of administrative remedies. Defendant requests leave to take Plaintiff's deposition.

          ii.  The parties do not anticipate the discovery of ESI.

          iii.  The parties do not anticipate any issues related to claims of privilege.

          iv.  The parties are exempt from mandatory initial disclosures under Fed. R. Civ. P. 26(a)(1)(B).

          v.  The parties intend to complete fact discovery by December 1, 2016.

          vi.  The parties do not expect to need expert discovery.

          vii.  The parties were unable to discuss a date for filing dispositive motions. Defendants suggest January 15, 2019.

    D.  The parties have requested a Jury Trial. The parties estimate that a trial would take three days.

4. **Settlement**

    A. The parties have discussed the possibility of settlement. It has been determined that settlement discussions would be more fruitful after discovery has taken place.

    B. At this time a settlement conference would not be productive, but the parties agreed that a scheduling a settlement conference for a date after the date of discovery would be productive.

5. **Consent to Proceed Before a Magistrate Judge**

    A. The parties do not consent to proceed before a Magistrate Judge for trial; however, the parties would agree to proceed before a Magistrate Judge for the limited purposes of discovery and settlement negotiations.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

/s/ Stephanie A. Kevil
STEPHANIE A. KEVIL
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau
100 W. Randolph St., 13th Flr.
Chicago, Illinois 60601
(312) 814-6534
skevil@atg.state.il.us

3

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a copy of the foregoing **JOINT INITIAL STATUS REPORT** was served the 7th day of August, 2018, on the following person by placing a copy of same in the U.S. Mail at 100 West Randolph Street, Chicago, Illinois 60601:

Robert Morris, R-71372, *Pro Se*
Menard Correctional Center
711 Kaskaskia, Rd
Menard, IL  60434

*/s/ Stephanie A. Kevil*