## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Robert E. Morris

                    Plaintiff,

v.                                               Case No.: 1:17−cv−05938
                                              Honorable Andrea R. Wood

Bryan Gleckler, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 8, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Pursuant to the discussion held in open court, this case is referred to Magistrate Judge Gilbert for the purpose of a settlement conference. Magistrate Judge Gilbert is requested to consider appointment of counsel through the Settlement Assistance Program for Pro Se Litigants to represent Plaintiff for purposes of settlement negotiations only. Status hearing set for 10/11/2018 at 9:45 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.