**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Robert E. Morris
                    Plaintiff,

v.                                           Case No.: 1:17−cv−05938
                                                        Honorable Andrea R. Wood

Bryan Gleckler, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 14, 2019:

    MINUTE entry before the Honorable Sunil R. Harjani: This case has been reassigned to the calendar of Magistrate Judge Sunil R. Harjani. Settlement conference set for 1/30/2019 at 1:30 p.m. stands in Courtroom 1858. Plaintiff's settlement letter is due by 1/16/2019. Defendants' settlement letters are due by 1/23/2019. Parties are reminded that Magistrate Judge Harjani requires compliance with his Standing Order for Settlement Conference, which is available on the court's website at www.ilnd.uscourts.gov. All previously set status dates before the predecessor magistrate judge are stricken. If the parties reach an agreement to resolve the case prior to the status hearing, counsel shall notify the Court's courtroom deputy and the status hearing will be stricken. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.